IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:14-cv-777-FL

| | |
|---|---|
| RALPH L. FALLS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ENTRY OF DEFAULT** |
| ) | |
| RALPH L. FALLS, III, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS CAUSE coming before the Court on Plaintiff's Motion for Entry of Default (Dkt. No. 7) pursuant to Rule 55(a) of the Federal Rules of Civil Procedure;

AND IT APPEARING based on the affidavits of service (Dkt. Nos. 5 and 6) and the other pleadings and documents filed in this action that the time for Defendant Ralph L. Falls, III to answer or otherwise respond to the Complaint has expired without Defendant filing any answer or other response to the Complaint;

THEREFORE, default should be and hereby is entered against Defendant Ralph L. Fall, III.

This the 3rd day of January, 2015.

_____
Louise W. Flanagan
United States District Court Judge

1