IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 15:14-CV-777-FL

| | |
|---|---|
| RALPH L. FALLS JR.,<br><br>  Plaintiff,<br><br> v.<br><br>RALPH L. FALLS III,<br><br>  Defendant. | **ORDER** |

Upon consideration of Defendant Ralph L. Falls III's Motion to Set Aside Entry of Default (the "Motion"), the entire record herein, and for good cause shown, Defendant's Motion is **GRANTED**.

It is hereby **ORDERED** that Entry of Default (ECF No. 13) in this action is set aside.

**SO ORDERED this 5th day of February, 2015.**

             */s/ Louise W. Flanagan*
             LOUISE W. FLANAGAN
             U.S. DISTRICT COURT JUDGE