IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:14-cv-777-FL

| | |
|---|---|
| RALPH L. FALLS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RALPH L. FALLS, III, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

This cause coming before the Court on the motion for substitution of Goldman Sachs Trust Company, N.A., Executor of the Estate of Ralph L. Falls, Jr., to be substituted as plaintiff; and it appearing to the Court that Ralph L. Falls, Jr. is deceased and that Goldman Sachs Trust Company, N.A. is the duly qualified, appointed and acting Executor of his estate; and it further appearing to the Court that the nature of this action is such that the cause of action survives the death of the named plaintiff;

IT IS ORDERED that Goldman Sachs Trust Company, N.A., Executor of the Estate of Ralph L. Falls, Jr., is hereby submitted as plaintiff and that the substitution shall be hereafter shown in the title to this action.

This the 2nd day of July, 2015.

_____
LOUISE W. FLANAGAN
United States District Judge