UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

GOLDMAN SACHS TRUST COMPANY, )
N.A. As Executor of the Estate of RALPH )
L. FALLS, JR. )
       Plaintiff, )
) JUDGMENT
   v. )
) No. 5:14-CV-777-FL
RALPH L. FALLS, III, )
       Defendant. )

**Decision by Court and Jury.**

That this action came before The Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's and plaintiff's oral motions for directed verdict. Subsequent to the court's ruling as to these motions, the claims in this action were tried by a jury with The Honorable Louise W. Flanagan presiding, and the jury rendered a verdict fully favorable to the plaintiff.

**IT IS ORDERED, ADJUDGED AND DECREED** that Ralph L. Falls, Jr. and defendant DID reach an agreement that Ralph L. Falls, Jr. would loan defendant $200,000.00 upon defendant's promise either to place a second mortgage on the home that defendant purchased in Summit, New Jersey or to provide a promissory note in favor of Ralph L. Falls, Jr.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant DID breach the agreement.

**IT IS ORDERED, ADJUDGED AND DECREED** that after entering into the agreement, Ralph L. Falls, Jr. and defendant DID NOT cancel or modify the terms of the agreement.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff is entitled to recover $193,000.00 from defendant and that plaintiff WAS NOT damaged by defendant's misrepresentation that he would place a second mortgage in favor of Ralph L. Falls, Jr. on the home that defendant purchased in Summit, New Jersey.

**This Judgment Filed and Entered on March 29, 2018, and Copies To:**
J. Mitchell Armbruster  (via CM/ECF Notice of Electronic Filing)
James K. Dorsett, III (via CM/ECF Notice of Electronic Filing)
Eva G. Fongello (via CM/ECF Notice of Electronic Filing)
Lynn F. Chandler (via CM/ECF Notice of Electronic Filing)
Stephanie C. Daniel (via CM/ECF Notice of Electronic Filing)
Mary B. Ramsay (via CM/ECF Notice of Electronic Filing)

March 29, 2018                      PETER A MOORE, JR., CLERK
                                            /s/ Sandra K. Collins
                                            (By) Sandra K. Collins, Deputy Clerk