UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

GOLDMAN SACHS TRUST )
COMPANY, N.A., as Executor of the )
Estate of Ralph L. Falls, Jr., )
)
        Plaintiff, )
)
v. )    **JUDGMENT**
)
)    No. 5:14-CV-777-FL
)
RALPH L. FALLS, III, )
)
        Defendant. )

**Decision by Court.**

This action came before Peter A. Moore, Jr., Clerk of Court for consideration of plaintiff's motion for bill of costs.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion for bill of costs is GRANTED in part. As the prevailing party, plaintiff Goldman Sachs Trust Company, N.A., as Executor of the Estate of Ralph L. Falls, Jr. is awarded total costs in the amount of $3,365.78. Specifically, this reflects the disallowance of costs in the amount of $24.96 for exhibits and $40.00 for shipping and handling both requested as associated with the transcript fees. This amount is taxed against defendant and shall be included in the judgment.

**This Judgment Filed and Entered on May 3, 2018, and Copies To:**
J. Mitchell Armbruster (via CM/ECF Notice of Electronic Filing)
James K. Dorsett, III (via CM/ECF Notice of Electronic Filing)
Eva G. Fongello (via CM/ECF Notice of Electronic Filing)
Lynn F. Chandler (via CM/ECF Notice of Electronic Filing)
Stephanie C. Daniel (via CM/ECF Notice of Electronic Filing)
Mary B. Ramsay (via CM/ECF Notice of Electronic Filing)

May 3, 2018                        PETER A. MOORE, JR., CLERK
                                      /s/ Susan W. Tripp
                                      (By) Susan W. Tripp, Deputy Clerk